AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-08673-MCA-MAH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BED BATH & BEYOND, INC.
was received by me on *(date)* 07/14/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* BED BATH & BEYOND, INC. C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 07/14/2020 AT 1:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/14/2020

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT WITH JURY DEMANDED

SWORN TO ME ON 07/14/2020

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**OLUFEMI SALU,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MARK J. TRITTON, ET AL.,**
*Defendant*

CASE NUMBER: **2:20–CV–08673–MCA–MAH**

TO: *(Name and address of Defendant):* Bed Bath & Beyond, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Tel: 302-636-5401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: 973-313-1887
Fax: 973-833-0399

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2020–07–13 14:10:48, Clerk
USDC NJD