IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLUFEMI SALU, derivatively on behalf of BED BATH & BEYOND, INC., | No. 2:20-cv-08673-MCA-MAH |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| MARK J. TRITTON, *et al.*, | |
| Defendants, | |
| and | |
| BED BATH & BEYOND, INC., | |
| Nominal Defendant | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for Nominal Defendant Bed Bath & Beyond Inc. in the above-captioned matter and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned at the address stated below.

Dated: July 30, 2020

                                                    /s/*Edna D. Guerrasio*
                                                    Edna D. Guerrasio
                                                    Proskauer Rose LLP
                                                    11 Times Square
                                                    New York, NY  10036
                                                    Tel:  (212) 969-3012
                                                    Fax:  (212) 969-2900
                                                    Email:  eguerrasio@proskauer.com

                                                    *Attorneys for Nominal Defendant*
                                                    *Bed Bath & Beyond Inc.*