## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OLUFEMI SALU**, derivatively on behalf of **BED BATH & BEYOND, INC.**,<br><br>          **Plaintiff**,<br><br>v.<br><br>**MARK J. TRITTON**, *et al.*,<br><br>          **Defendants**,<br><br>and<br><br>**BED BATH & BEYOND, INC.**,<br><br>          **Nominal Defendant** | No. 2:20-cv-08673-MCA-MAH<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO <u>FED. R. CIV. P. 7.1</u>** |

  Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant Bed Bath & Beyond Inc., by its attorneys, Proskauer Rose LLP, certifies as follows:

  1.  Bed Bath & Beyond Inc. does not have a parent corporation; and

  2.  BlackRock Inc., a publicly held corporation, owns 10% or more of Bed Bath & Beyond Inc.'s stock.

Dated: July 30, 2020

/s/*Edna D. Guerrasio*
Edna D. Guerrasio
Proskauer Rose LLP
11 Times Square
New York, NY  10036
Tel:  (212) 969-3012
Fax:  (212) 969-2900

*Attorneys for Nominal Defendant*
*Bed Bath & Beyond Inc.*