## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLUFEMI SALU, derivatively on behalf of BED BATH & BEYOND, INC., | No. 2:20-cv-08673-MCA-MAH |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| MARK J. TRITTON, *et al.*, | |
| Defendants, | |
| and | |
| BED BATH & BEYOND, INC., | |
| Nominal Defendant | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for the individual Defendants in the above-captioned matter and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned at the address stated below.

Dated: August 14, 2020

/s/*Edna D. Guerrasio*
Edna D. Guerrasio
Proskauer Rose LLP
11 Times Square
New York, NY  10036
Tel:  (212) 969-3012
Fax:  (212) 969-2900
Email:  eguerrasio@proskauer.com

*Attorneys for Defendants Mark J. Tritton, Mary A. Winston, Robyn M. D'Elia, Stephanie Bell-Rose, Harriet Edelman, John E. Fleming, Patrick R. Gaston, Sue E. Gove, Jeffrey A. Kirwan, Johnathan B. Osborne, Harsha Ramalingam, Virginia P. Ruesterholz, Joshua E. Schechter, Andrea Weiss, and Ann Yerger*

118582131v1