**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE BED BATH & BEYOND STOCKHOLDER DERIVATIVE LITIGATION <br><br> **This Document Relates to All Actions** | Master File No. 2:20-cv-08673-MCA-MAH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUED STAY OF PROCEEDINGS PENDING MEDIATION** |

WHEREAS, starting on July 10, 2020, three related shareholder derivative actions were filed in this Court on behalf of nominal defendant Bed Bath & Beyond Inc. ("BBBY"); and

WHEREAS, on October 14, 2020, the Court entered an order [ECF No. 12] consolidating the three cases under the caption shown above and staying them pending disposition of a motion to dismiss the related securities class action captioned *Vitiello v. Bed Bath & Beyond Inc.*, No. 2:20-cv-4240-MCA-MAH (D.N.J.) (the "Securities Class Action"); and

WHEREAS the Court administratively terminated the fully briefed motion dismiss the Securities Class Action when the parties informed the Court that they had agreed to a mediation scheduled for early August 2021; and

WHEREAS, on August 3 and 4, 2021, the parties to the Securities Class Action and the parties to this consolidated derivative action participated in a mediation; and

WHEREAS the parties to the Securities Class Action subsequently informed the Court that they had reached an agreement in principle, subject to various conditions, to resolve the Securities Class Action; and

WHEREAS the August 3-4 mediation did not result in an agreement in principle to resolve this consolidated derivative action, but the parties to the above-captioned case are continuing their discussions; and

WHEREAS, on August 18, 2021, the Court entered an Order [ECF No. 15] staying this consolidated derivative action until September 30, 2021, and requiring the parties to report back to the Court by that date; and

WHEREAS the parties to this consolidated derivative action wish to extend the stay of these proceedings for a period of two weeks in order to continue pursuing a potential resolution;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Defendants, and Nominal Defendant BBBY that:

1.      The stay of this consolidated derivative action shall be continued until October 14, 2021.

2.      The parties shall report back to the Court by October 14, 2021 concerning the status of their discussions.  The stay of proceedings shall remain in effect until that date.

3.      Should the parties not resolve their differences by October 14, 2021, Plaintiffs may advise the Court to enter a briefing stipulation with Defendants, unless the parties seek a further extension of the stay.

4.      The parties reserve all other rights, claims, and defenses.

Dated:  September 30, 2021

/s/ Laurence M. Rosen
Laurence M. Rosen
The Rosen Law Firm, P.A.
One Gateway Center, Suite 2600
Newark, NJ  07102
Tel:  (973) 313-1887
Fax:  (973) 833-0399
Email:  lrosen@rosenlegal.com


/s/ Benjamin I. Sachs-Michaels
Benjamin I. Sachs-Michaels
Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY  10019
Tel:  (212) 935-7400
Email:  bsachsmichaels@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Edna D. Guerrasio
Edna D. Guerrasio
Jonathan E. Richman (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, NY  10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email:  eguerrasio@proskauer.com
         jerichman@proskauer.com

*Attorneys for Defendants and Nominal
Defendant Bed Bath & Beyond Inc.*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge

3

125988921v1