

**The Rosen Law Firm**
INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

December 7, 2021

**VIA ECF**

Hon. Madeline Cox Arleo
Hon. Michael A. Hammer
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re Bed Bath & Beyond Stockholder Derivative Litigation,*
      Case No. 2:20-cv-08673-MCA-MAH

Dear Judge Arleo and Judge Hammer:

My firm is Co-Lead Counsel to Plaintiffs in the above-referenced action. I write, with the consent of all parties, to inform the Court that Plaintiffs will no longer be seeking to file the Verified Shareholder Derivative Consolidated Complaint ("Consolidated Complaint"), filed on November 17, 2021 (Dkt. No. 20), under seal. Defendants have notified Plaintiffs that after a review of the Consolidated Complaint, they do not require any redactions and thus, sealing the Consolidated Complaint is unnecessary.

Should the Court have any questions, counsel stand ready to address them.

Respectfully submitted,

*/s/Laurence M. Rosen*
Laurence M. Rosen

*Co-Lead Counsel for Plaintiffs*

cc: All Counsel (via ECF)