**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE BED BATH & BEYOND STOCKHOLDER DERIVATIVE LITIGATION**<br><br>**This Document Relates to All Actions** | Master File No. 2:20-cv-08673-MCA-MAH<br><br>**STIPULATION AND [ORDER FOR INTERIM STAY OF PROCEEDINGS** |

WHEREAS, starting on July 10, 2020, three related shareholder derivative actions were filed in this Court on behalf of nominal defendant Bed Bath & Beyond Inc. ("BBBY"); and

WHEREAS, on October 14, 2020, the Court entered an order [ECF No. 12] consolidating the three cases under the caption shown above; and

WHEREAS, on August 3 and 4, 2021, the parties participated in a mediation to try to resolve the matter, but did not succeed in doing so at that time; and

WHEREAS, on January 4, 2022, Defendants and BBBY moved to dismiss the consolidated action [ECF No. 27]; and

WHEREAS Plaintiffs' response to the motion to dismiss is due on February 18, 2022; and

WHEREAS the parties have been continuing their discussions to try to resolve this matter and wish to stay all proceedings temporarily so that discussions can continue;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Defendants, and Nominal Defendant BBBY that:

1. All proceedings in this matter are stayed until March 31, 2022.

2. By March 31, 2022, either Plaintiffs shall respond to the pending motion to dismiss or the parties shall file a joint status report with the Court.

      3.      If Plaintiffs file their opposition to the motion to dismiss on March 31, 2022, reply papers will be due on May 2, 2022, in accordance with the time frames in the current scheduling order.

      4.      The parties reserve all other rights, claims, and defenses.

Dated: February 14, 2022

| | |
|---|---|
| */s/ Laurence M. Rosen*<br>Laurence M. Rosen<br>The Rosen Law Firm, P.A.<br>One Gateway Center, Suite 2600<br>Newark, NJ  07102<br>Tel:  (973) 313-1887<br>Fax: (973) 833-0399<br>Email:  lrosen@rosenlegal.com | */s/ Edna D. Guerrasio*<br>Edna D. Guerrasio<br>Jonathan E. Richman (*pro hac vice*)<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY  10036<br>Tel:  (212) 969-3000<br>Fax:  (212) 969-2900<br>Email:  eguerrasio@proskauer.com<br>           jerichman@proskauer.com |
| */s/ Benjamin I. Sachs-Michaels*<br>Benjamin I. Sachs-Michaels<br>Glancy Prongay & Murray LLP<br>712 Fifth Avenue, 31st Floor<br>New York, NY  10019<br>Tel:  (212) 935-7400<br>Email:  bsachsmichaels@glancylaw.com | *Attorneys for Defendants and Nominal Defendant Bed Bath & Beyond Inc.* |

*Co-Lead Counsel for Plaintiffs*

      SO ORDERED this __18th__ day of __February__, 2022.

                                                    _____
                                                        United States District Judge