**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BED BATH & BEYOND STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 2:20-cv-08673-MCA-MAH<br><br>**STIPULATION AND  ORDER TO EXTEND DEADLINE** |

WHEREAS, starting on July 10, 2020, three related shareholder derivative actions were filed in this Court on behalf of nominal defendant Bed Bath & Beyond Inc. ("BBBY"); and

WHEREAS, on October 14, 2020, the Court entered an order [ECF No. 12] consolidating the three cases under the caption shown above; and

WHEREAS, on August 3 and 4, 2021, the parties participated in a mediation to try to resolve the matter, but did not succeed in doing so at that time; and

WHEREAS, on January 4, 2022, Defendants and BBBY moved to dismiss the consolidated action [ECF No. 27]; and

WHEREAS, Plaintiffs' response to the motion to dismiss is currently due on March 31, 2022; and

WHEREAS, the parties have entered into a settlement in principle of the instant action and are in the process of documenting the settlement agreement in writing; and

WHEREAS, the parties desire a two-week adjournment of Plaintiffs' time to respond to the motion to dismiss to allow the parties to finish work on the settlement documentation;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Defendants, and Nominal Defendant BBBY that:

1.      Plaintiffs' time to respond to the Defendants' Motion to Dismiss is hereby adjourned from March 31, 2022 to April 14, 2022.

Dated: March 30, 2022

/s/ Laurence M. Rosen
Laurence M. Rosen
The Rosen Law Firm, P.A.
One Gateway Center, Suite 2600
Newark, NJ  07102
Tel:  (973) 313-1887
Fax:  (973) 833-0399
Email:  lrosen@rosenlegal.com


/s/ Benjamin I. Sachs-Michaels
Benjamin I. Sachs-Michaels
Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY  10019
Tel:  (212) 935-7400
Email:  bsachsmichaels@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Edna D. Guerrasio
Edna D. Guerrasio
Jonathan E. Richman (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, NY  10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email:  eguerrasio@proskauer.com
            jerichman@proskauer.com

*Attorneys for Defendants and Nominal
Defendant Bed Bath & Beyond Inc.*

SO ORDERED this _31st day of March, 2022.

_____
            Hon. Madeline Cox Arleo
            United States District Judge